# United States Court of Appeals for the Federal Circuit

---

November 20, 2020

**ERRATA**

---

Appeal No. 2019-1133

**BIOGEN MA INC.,**
*Plaintiff -Appellee*

**v.**

**EMD SERONO, INC., PFIZER INC.,**
*Defendants-Appellants*

**BAYER HEALTHCARE PHARMACEUTICALS INC.,
NOVARTIS PHARMACEUTICALS CORPORATION,**
*Defendants*

Decided:  September 28, 2020
Precedential Opinion

---

Please make the following changes:

On page 8, lines 17–20, change "emphasized that whereas the attached carbohydrate groups in native IFN-ß protein were glycosolated, the attached carbohydrate groups in recombinant IFN-ß were *not* glycosolated," to —explained that the glycosylation patterns in native IFN-ß and recombinant IFN-ß were different,—.